AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 29 2018

United States of America )
v. )
ALLISTER DANISTER QUINTANA ) Case No. 18 MJ 1776 KBM
_____Defendant_____ )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5/29/2018

_Allister Quintana_
Defendant's signature

_[signature]_
Signature of defendant's attorney

ALONZO J PADILLA     1996
Printed name and bar number of defendant's attorney

111 LOMAS NW, Suite 501
ABQ NM 87114
Address of defendant's attorney

E-mail address of defendant's attorney

(505) 346-2489
Telephone number of defendant's attorney

(505) 346-2494
FAX number of defendant's attorney