# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 18-mj-1776 KBM | UNITED STATES vs. Quintana | |
| Hearing Date: | 5/29/2018 | Time In and Out: | 9:41-9:47 / 6 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Allister Danzig Quintana | Defendant's Counsel: | Alonzo Padilla |
| AUSA | Joel Meyers | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain          ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary hearing
- ☐ Court finds probable cause          ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service — Flight risk/Danger to Community
- ☐ Conditions

## Other

- ☐ Matter referred to ___ for final revocation hearing
- ☒ Mr. Padilla requests release; Mr. Meyers objects; Court detains defendant.