IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  No. 1:18-MJ-1776

ALLISTER QUINTANA,

    Defendant.

## REQUEST FOR CONTINUANCE OF GRAND JURY PRESENTMENT

1.    I am the defendant in this criminal proceeding.

2.    I understand that I have a right to have my case presented to a grand jury within thirty (30) days of my arrest pursuant to 18 U.S.C. § 3161(b).

3.    I hereby request a continuance of grand jury presentment for an additional period not to exceed 60 days from the date of my arrest for a total loss of 90 days. By that I mean that there be a 90 day period of excludable time for the purposes of determining compliance with the speedy indictment provision of 18 U.S.C. § 3161(b). I further request that an Order be entered affirming that this time period shall be excluded from speedy Indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4.    Continuing the grand jury presentment will allow my attorney to attempt to negotiate a pre-indictment plea agreement with the government, whose terms may be more acceptable to me than those of an agreement entered after an indictment has been issued.

5.   If I cannot reach an agreement with the United States Attorney's Office, I understand that my case will be presented to a grand jury at a later date, consistent with this waiver.

*[signature]*
ALLISTER QUINTANA
Defendant

I have reviewed the foregoing document with my client and represent to the Court that he understands it. I further present to the Court that I believe it is in my client's best interest to agree to the contents of this document.

*[signature]*
ALONZO J. PADILLA, AFPD
Attorney for Defendant

Date: June 5, 2018

2