FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 21 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 18-mj-01776-KBM |
| ALLISTER QUINTANA, | ) |
| Defendant. | ) |

## PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion, no objection from Defendant, and good cause appearing,

IT IS HEREBY ORDERED that the United States' *Motion for Protective Order* is GRANTED.

IT IS FURTHER ORDERED that:

1. The United States may disclose to defense counsel, without redaction, the Instagram account records.

2. The defense team shall safeguard and shall not disclose the Instagram account records, other than to the extent necessary to prepare the defense.

3. Defendant shall not be allowed to retain the Instagram account records during the course of the litigation (although Defendant is entitled to review the materials with his counsel or other members of his defense teams).

4. The parties shall ensure that the Instagram account records are redacted from any images in documents filed with the court (unless filed under seal) and from any exhibits offered at trial.

5. Counsel for Defendant shall collect from the defense team and retain in an appropriate manner the Instagram account records immediately after sentencing or acquittal in this matter.

Dated: 6-21-18

_____
THE HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE