IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 9 2018

UNITED STATES OF AMERICA,

Plaintiff,

v.                                         Case No. 18-MJ-1776

ALLISTER QUINTANA,

Defendant.

## ORDER ON MOTION TO WITHDRAW
## AS COUNSEL FOR THE DEFENDANT

THIS MATTER having come before the Court on the Federal Public Defender's Motion to Withdraw as Counsel for the Defendant, Allister Quintana, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that Alonzo J. Padilla and the Office of the Federal Public Defender are allowed to withdraw as counsel for Allister Quintana.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Alonzo J. Padilla
Assistant Federal Public Defender